# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 8:24-mj-1606-NHA |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

*Code Section*                              *Offense Description*

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: April 18, 2024

_____
*Judge's signature*

City and state: Tampa, Florida

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dwayne Smith, Special Agent ("SA") of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, do depose and state the following.

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since February 2022. I have approximately nine years of law enforcement training and experience. This training and experience include but are not limited to, earning a Bachelor of Science Degree in the field of Criminal Justice from the University of Central Florida. I was subsequently employed as a Special Agent for the Naval Criminal Investigative Service (NCIS) for approximately four years.

2. Prior to my employment with NCIS, I was employed with the Customs and Border Protection (CBP) as a federal law enforcement officer for approximately three years. During my time in law enforcement, I have specialized in numerous major criminal investigations including, but not limited to, terrorism, counterterrorism, counterintelligence, espionage, adult sexual assaults, child sexual assaults, human trafficking, internet crimes against children, homicide, suicide, firearm offenses, armed violent offenses, narcotics offenses, and the trafficking of both firearms and narcotics. I have written and/or executed federal search warrants relating to terrorism, espionage, counterterrorism, firearms offenses, narcotics offenses, and sexual assault offenses. I have conducted and/or participated in investigations resulting in the seizure of contraband, classified materials, firearms,

and narcotics. Prior to my law enforcement career, I served in the United States Army for approximately nine years and served with and alongside the 75th Ranger Regiment and 82nd Airborne Division. I was promoted to the rank of Non-Commissioned Officer (NCO) and served in several combat deployments against the Global War on Terrorism (GWOT).

3. I make this affidavit in support of a criminal complaint for Ricardo Fermin SUNE-GIRON ("SUNE GIRON").[1] Specifically, I believe there is probable cause that SUNE-GIRON is an illegal and unlawful alien who was in possession of a firearm, in violation of 21 U.S.C. § 922(g)(5)(A).

4. The information set forth in this affidavit is based upon my own personal knowledge as well as information provided to me by other law enforcement officers and additional sources, identified in this affidavit, and is provided solely for the purpose of establishing probable cause. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

5. The following affidavit is based on my personal experience and involvement in this ongoing investigation, my conversations with other law enforcement officers, as well as my examination of documents and evidence related to this case. The following statements are true and correct to the best of my knowledge.

---

[1] Ricardo Sune-Giron will be referenced as "Sune-Giron," while his brother will be referred to as <u>Rafael</u> Sune-Giron.

2

## PROBABLE CAUSE

6. On or about November 27, 2023, deputies with the Osceola County Sheriff's Office ("OCSO") responded to the area of Coldstream Court, Kissimmee, FL, within the Middle District of Florida, in reference to a missing person. Upon conclusion of the missing person investigation, OCSO deputies were approached by a red Dodge Ram truck bearing Florida tag "BP51WT." The driver of the Dodge Ram, who identified himself as "Rafael," stated that someone was in his backyard at his residence located at 2610 Coldstream Court, Kissimmee, FL. Based on the body camera utilized by the deputies on scene, who later interview Rafael, I know "Rafael" is actually Ricardo Fermin SUNE-GIRON.

7. Deputies followed the red Dodge Ram truck to 2610 Coldstream Court. GIRON exited the truck and walked alongside his residence towards the backyard. Deputies and GIRON entered the backyard of the residence, at which point GIRON brandished a firearm, specifically a Rhino .357 Magnum revolver-style pistol. Deputies heard GIRON yell, "Hey!" followed by a single gunshot, which was fired from GIRON's firearm. Deputies then ordered GIRON to put the gun down, and GIRON did not comply. Deputies then drew their service weapons and gave GIRON several loud commands before GIRON complied. GIRON relayed to deputies that he saw an unidentified male in his backyard who pointed something at him, at which point he (GIRON) drew his firearm and fired a round into the floor, scaring off the intruder.

3

8. The firearm that OCSO Deputies seized from SUNE-GIRON (Chiappa Rhino .357 magnum revolver) was manufactured in Italy and imported into the United States in Dayton, OH.

9. I am aware that agents with Homeland Security Investigations performed a biometric confirmation of SUNE-GIRON after his arrest on April 18, 2024. Based on that confirmation, as well as a review of his A File, agents are aware that SUNE-GIRON is a citizen of Guatemala, and has no legal or lawful status in the United States. As a result of his illegal status, on April 18, 2024, a detainer was placed on SUNE-GIRON, and he is now subject to deportation from the United States.

10. In addition to the investigation discussed below, agents with ATF and HSI have been working on a separate investigation. During the course of that investigation, HSI agents discovered that Ricardo Fermin SUNE-GIRON is living in the United States illegally, and he (Ricardo SUNE-GIRON) utilizes his older brother's identification, ("Rafael Fermin Sune Giron") who also lives in Florida.

11. Below, on the left, is a driver's license photograph of Rafael Fermin Sune Giron. On the right, is OCSO Body Camera footage from November 27, 2023 of Ricardo Fermin SUNE-GIRON and the red Dodge Ram bearing Florida tag "BP51WT."

 

12. ATF agents contacted agents assigned to the INTERPOL Washington, United States National Central Bureau (USNCB) who provided copies of an active arrest warrant/ "RED NOTICE" for Rafael SUNE-GIRON for "Aggravated Robbery" that occurred in Guatemala. The arrest warrant "RED NOTICE" was entered into the global INTERPOL database. The warrant is confirmed and extraditable.

13. A photograph that was attached to the "RED NOTICE" INTERPOL arrest warrant matched the description of SUNE-GIRON. Utilizing the "RED NOTICE" photograph, ATF surveillance photographs, and OCSO body camera video of "SUNE-GIRON," I know the individual depicted in the "Red Notice" Interpol Arrest warrant to be SUNE-GIRON. Additionally, ATF agents provided the photographs mentioned above to a cooperating defendant, who also identified the person to be SUNE-GIRON.

14. Below are photographs from the "RED NOTICE" INTERPOL arrest warrant, ATF surveillance photographs, and a still shot of SUNE-GIRON during his encounter with OCSO which was shown to the cooperating defendant.

5




## **GUN TRAFFICKING**

15. On or about August 8, 2023, ATF Agents assigned to the Tampa-III 'SPARTA' Group initiated a firearms trafficking investigation involving an organization illegally obtaining firearms within the Middle District of Florida and smuggling firearms to the Dominican Republic and Puerto Rico. I believe this firearms trafficking organization utilizes "straw purchasers" to obtain firearms. Straw purchasers are individuals who obtain firearms from federal firearms licensees (FFLs) on behalf of other individuals.

16. Agents have identified coconspirators involved in this organization. Below are incidents from various law enforcement sources involving this organization and coconspirators engaging in firearms trafficking activity.

17. On or about September 15, 2023, ATF agents interviewed a suspected straw purchaser of firearms. Based on ATF Trace Reports, agents identified at least six firearms that this co-conspirator ("CC") purchased which were later recovered in separate crime scenes. Agents also reviewed purchase records which showed indications that the CC was involved in firearms trafficking. For example, in April

6

2023, the CC purchased thirteen, 9mm Glock pistols in a single transaction. I know a common trait of straw purchasers and firearms traffickers is purchasing multiple firearms of the same type and caliber.

18. The CC told agents he bought and resold numerous firearms via the website Floridaguntrader.com. The CC elaborated that an individual he knew as "RAFAEL," purchased the majority of the firearms which CC then sold. The CC advised "RAFAEL" inquired about purchasing large quantities of Glock pistols and was asked repeatedly by RAFAEL to purchase over sixty Glock pistols at a time.

19. The phone number the CC utilized to contact "RAFAEL" was 689-260-7664. The CC advised he was paid via the mobile phone application "Cash App," which allows users to electronically send money to each other. The Cash App utilized to pay CC was "R&R Construction- $rafa1011."

20. Agents have confirmed that telephone number 689-260-7664 is operated by SUNE-GIRON. Agents have also confirmed that the Cash App account R&R Construction is owned by Gladys FERNANDEZ, wife of SUNE-GIRON.

21. In addition, the Cash App profile for R&R Construction- $rafa1011 depicts a grey Dodge Truck. I am aware that SUNE-GIRON has been observed driving a 2018 gray Dodge truck, with FL tag "38D JNK." That truck is registered to Gladys FERNANDEZ. Below are screenshots taken from CC's phone showing SUNE-GIRON's contact information as "Rafael Gun Buyer" and the Cash App profile picture for R&R Construction- $rafa1011."

 

22. On or about December 23, 2023, agents from ATF-Tampa seized six Glock pistols from a separate co-conspirator ("CC2"). During an interview with agents, CC2 advised he routinely purchases firearms and resells them via the website Floridaguntrader.com.

23. On or about February 13, 2024, ATF Agents executed federal search warrants at two residences located in Polk County, FL, utilized by CC2. During those search warrants, agents seized three firearms, approximately 4,000 thousand rounds of assorted ammunition, various tactical equipment and documents showing the illegal sale of firearms to various individuals. [2]

---

[2] CC2 is cooperating in an effort to work off criminal charges. No promises or assurances have been made to him. The CD has not been paid and has no criminal history.



24. On or about February 16, 2024, ATF Agents conducted an interview of CC2, who advised he has sold approximately 120 firearms to an individual he knows as "RAFAEL." CC2 advised the six Glock pistols seized by ATF from him on December 23, 2023, were intended to be sold to SUNE-GIRON. Agents showed several pictures of SUNE-GIRON to CC2 and CC2 identified SUNE-GIRON as RAFAEL. CC2 also confirmed that SUNE-GIRON drives a grey Dodge Ram truck, a red Dodge Ram truck and identified two residences which SUNE-GIRON utilizes. CC2 also identified pictures of SUNE-GIRON's wife, Gladys FERNANDEZ. The information provided by CC2 about SUNE- GIRON, SUNE-GIRON's residences, vehicles, and wife, was known to agents but further corroborated by CC2.

25. In addition, the CC2 advised he communicated with SUNE-GIRON through telephone 7664. The CC2 also stated he has received payments from SUNE-GIRON via the Cash App "R&R Construction- $rafa1011." As discussed above, this

9

was consisted with statements made by CC, who identified phone number 7664 and the same Cash App account identified by the CC2.

26.  In addition to CC2's statements, agents reviewed text message conversations between the CC2 and SUNE-GIRON. Agents notated multiple messages showing the CC2 obtaining firearms on behalf of SUNE-GIRON and selling them to SUNE-GIRON. These messages dated back into the summer of 2023, and occurred weekly, and sometimes daily.

27.  Agents believe—and the CC2 later confirmed— that these text messages conversations are references to SUNE-GIRON contacting the CC2 in order to obtain firearms. In these messages, the CC2 responds that there was a Glock model-19 pistol and a Glock model-47 pistol available for purchase. SUNE-GIRON later states that he was heading to the CC2, then sends a picture of a large sum of bulk cash, which SUNE-GIRON states is $30,000.

28.  Based on ATF Trace Reports, agents identified at least eight firearms the CC2 purchased and later sold to SUNE-GIRON, which were recovered in crime scenes in the Dominican Republic.

29.  CC2 advised SUNE-GIRON would pay CC2 directly with cash and also utilized forms of electronic payments. Agents calculated and CC2 confirmed that SUNE-GIRON paid CC2 approximately $50,000 for firearms purchases in 2023.

30. As depicted in the text messages below, which were obtained from CC2's cellphone, Chase bank notified CC2 of payments made through the online application Zelle.



31. CC2 advised the payments above were for Glock pistols sold to SUNE-GIRON.

32. Additionally, CC2 advised he has never delivered any firearms to Fernandez, but SUNE-GIRON pays CC2 from accounts in her name. It was the CC2's understanding that payments from "RR CONSTRUCTION AND CLEANING LLC" came directly from SUNE-GIRON and the payments from "GLADYS FERNANDEZ" came from FERNANDEZ. CC2 advised he has met Fernandez but never directly exchanged firearms with her. Agents have calculated

the below payments and note the CC2 was paid a total of $10,600 in the five separate Zelle transactions in June 2023.

## SUSPECTED STRAW PURCHASES - GLADYS FERNANDEZ

33. Agents have reviewed several firearms purchases conducted by Fernandez from businesses with a federal firearms license (FFL) in 2023 and 2024. Based on this activity, I believe Fernandez is also involved in obtaining firearms on behalf of SUNE-GIRON.

34. On or about April 8, 2023, Fernandez purchased two Glock 9mm pistols from an FFL in Orlando, FL. On the same day, she also purchased two Glock 9mm pistols from an FFL in Miami, FL. I know a common technique of firearms traffickers is utilizing multiple FFLs to purchase firearms to conceal the total amount of firearms purchased. I also know a routine trait of firearms traffickers is purchasing multiple firearms of the same type and caliber.

35. On or about February 20, 2024, Gladys Fernandez purchased a ZEV Technologies 9mm pistol from the Armory Kissimmee, an FFL located at 564 E. Osceola Pkwy, Kissimmee, FL. In addition, Fernandez received a Colt .45caliber pistol which she had previously purchased online and had transferred to the FFL. Agents interviewed the FFL employees who advised that Fernandez and her husband came into purchase the firearms. Below are photographs obtained from the surveillance video. Agents showed the photographs to the CC2, and he identified SUNE-GIRON and his Fernandez in the photographs.

12

 

36. On or about February 26, 2024, Fernandez received two Glock .357 caliber pistols which she had previously purchased online and had transferred to the FFL. Agents interviewed the FFL employees who advised that again, Fernandez, her husband and child came in to purchase the firearms. Agents reviewed the surveillance video and notated that following the firearm purchases, SUNE-GIRON, Fernandez and the child left in a black Cadillac SUV. I am aware that Fernandez owns a 2016 black Cadillac SUV, FL tag: 21DSPJ.

37. Agents showed the photographs to the CC2, and he advised it was SUNE-GIRON and Fernandez in the photographs.

38. I know a characteristic of firearms traffickers is to utilize family members, friends, etc., with no criminal history, to complete the requisite ATF paperwork to purchase firearms from an FFL. I also know that prohibited persons frequently accompany straw purchasers when obtaining firearms. I believe Fernandez has obtained the firearms on behalf of SUNE-GIRON.

13

## SEARCH WARRANTS

39. In connection with this investigation, on April 18, 2024, ATF agents in Tampa and Orlando executed two federal search warrants at two different residences in the Orlando area. The first was at 111 Seabreeze Circle, Kissimmee, FL, 247743 (the "Residence"). The Residence was a house where SUNE-GIRON's vehicle had been observed on multiple occasions in March 2024, and where agents believe SUNE-GIRON resided. Specifically, SUNE- GIRON's vehicle, a 2018 Dodge truck, gray in color, FL tag: 38D JNK was observed parked there repeatedly, and the vehicle was registered to that location. Additionally, according to the Equifax credit bureau company, on or about November 2, 2023, SUNE-GIRON reported the Residence as his address in a consumer credit report.

40. Agents have also reviewed deed information obtained from the Osceola County Clerk of Court regarding the Residence, which shows it was purchased by Fernandez on September 11, 2023, for $395,000.

41. During the execution of the search warrant at the Residence, agents recovered approximately 57 firearms, 30 empty gun boxes, approximately $16,000 in U.S. currency, ammunition, money counters, and other items of evidentiary value, some of which are depicted below.



42. Post-*Miranda*, SUNE-GIRON admitted that he previously used his brother's information when confronted by police, and on other matters in order to prevent others from discovery his prior criminal record. Consistent with his statement, agents found a digital copy of Rafael Sune-Giron's driver's license in SUNE-GIRON's phone, saved under a folder titled "identification."

43. SUNE-GIRON admitted that he knew he was not in the United States legally and was aware of the red notice against him. SUNE-GIRON stated he was aware he should not own or possess firearm. Additionally, he admitted that he is a part of an organization that traffics firearms in other countries, and that he has received, stored, and provided firearms to members of this conspiracy in the past. SUNE-GIRON stated he has engaged in his conduct for the last year.

44. During his interview, agents obtained SUNE-GIRON's fingerprints, and confirmed that SUNE-GIRON was in fact Ricardo SUNE-GIRON, who entered the United States in 2014, before the Interpol Warrant became active in 2015.

45. Agents with Homeland Security Investigations performed a biometric confirmation of SUNE-GIRON after his arrest on April 18, 2024. Based on that confirmation, as well as a review of his A File, agents are aware that SUNE-GIRON has no legal or lawful status in the United States. As a result of his illegal status, on April 18, 2024, a detainer was placed on SUNE-GIRON, and he is now subject to deportation from the United States.

## **CONCLUSION**

46.    Based on the foregoing facts and opinions, I believe there is probable cause that SUNE-GIRON is an illegal and unlawful alien who was in possession of a firearm, in violation of 21 U.S.C. § 922(g)(5)(A).

Respectfully submitted,

_____
SA Dwayne Smith
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __18th__ day of April 2024.

_____
The Honorable Natalie H. Adams
United States Magistrate Judge

17