UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:24-mj-1606-NHA

RICARDO FERMIN SUNE-GIRON
_____/

# **ORDER**

The Government moved to detain Defendant, pursuant to 18 U.S.C. § 3142(f)(2). Doc. 7. The Defendant does not contest his detention. I grant the Government's motion.

Defendant is a fugitive from Honduras, where he is wanted for robbery. Defendant has ties to several foreign nations and has no legal status in this one. His prior international flight, his alleged undetected crossing of international borders, and his many international ties demonstrates that Defendant poses a serious risk of flight. In addition, the Defendant is charged by complaint with possessing a firearm while being illegally and unlawfully in the United States, in violation of 18 U.S.C. § 922(g)(5). The facts in the complaint indicate that Defendant purchased numerous firearms through straw purchasers and that, while speaking to law enforcement officers, he brandished and fired a firearm and then refused to relinquish the weapon against their commands. This indicates that Defendant's release poses a

danger to the community. Defendant offers no rebuttal to the facts indicating he poses a flight risk and danger to the community. With no evidence presented to the contrary, I find that no combination of conditions can reasonably ensure Defendant's future appearance in Court or the safety of the community.

Accordingly, Defendant shall be DETAINED pending further order of the Court. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for

the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on April 29, 2024.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service